STATE v. LARRY

No. 189A95-2

Case below: Forsyth County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Forsyth County, denied 27 June 2002.

STATE v. LeGRANDE

No. 462A01-9

Case below: Stanly County Superior Court

Petition by defendant pro se for writ of mandamus denied 27 June 2002.

STATE v. LYNCH

No. 259P02

Case below: 149 N.C. App. 974

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 27 June 2002. Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 27 June 2002.

STATE v. MOORE

No. 271P02

Case below: 149 N.C. App. 974

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 27 June 2002.

STATE v. MORRIS

No. 663A01

Case below: 147 N.C. App. 247

Petition by Attorney General for writ of supersedeas dismissed as moot 27 June 2002. Temporary stay dissolved 27 June 2002.